USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __10/03/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PEGGY PERSAUD, ORETTE KILLIKELLY,
GEORGE ESSO, ELTON LORD, RAVI PERSAUD,
CHEDDI GOBERDHAN, and
DAVID RAMNAUTH,

                            Defendants.

09 Cr. 958 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By letter dated October 2, 2024, the Government requests a clarification of the joint and several liability among the defendants sentenced in this case and the related case No. 10 Cr. 387. ECF No. 259.  Any party wishing to respond to the Government's motion shall do so by **October 16, 2024**.  If applicable, the Government may file an optional consolidated reply by **October 23, 2024**.

      SO ORDERED.

Dated: October 3, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge