USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

PEGGY PERSAUD, ORETTE KILLIKELLY, GEORGE ESSO, ELTON LORD, RAVI PERSAUD, CHEDDI GOBERDHAN, and DAVID RAMNAUTH

09 CR 958 (AT)

**ORDER**

ANALISA TORRES, District Judge:

WHEREAS, the Clerk of Court sought clarification of the joint and several liability among the defendants sentenced in this case and related case 10 CR 387, and upon the Court's request, counsel for the United States ("the Government") reviewed the restitution orders imposed against each defendant to identify which defendants were ordered to pay the same victims because the defendants can only be jointly and severally liable with one another to the extent they share victims in common; and

WHEREAS, each defendant's liability to pay continues unabated until either the defendant has paid the full amount of restitution he or she was ordered to pay in their respective judgments or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims;

IT IS HEREBY ORDERED that as set forth in the attached Schedule A:

All of the defendants who have been sentenced to date, namely PEGGY PERSAUD, DAVID RAMNAUTH, CHEDDI GOBERDAHN (each ordered to pay $1,684,000), ELTON LORD (ordered to pay $477,000), RAJNARINE SINGH (ordered to pay $430,000 in related case 10 CR 387), GEORGE ESSO (ordered to pay $200,000), RAVI PERSAUD (ordered to pay

$182,000), and ORETTE KILLIKELLY (ordered to pay $120,000), are jointly and severally liable for various sums, in descending order, to victim FREMONT INVESTMENT & LOAN;

Defendants PEGGY PERSAUD, DAVID RAMNAUTH (each ordered to pay $2,331,000), CHEDDI GOBERDAHN (ordered to pay $2,015,000), RAVI PERSAUD (ordered to pay $718,000), and ORETTE KILLIKELLY (ordered to pay $601,000) are jointly and severally liable for various sums, in descending order, to victim INDYMAC BANK;

Defendants PEGGY PERSAUD, DAVID RAMNAUTH, CHEDDI GOBERDAHN, and ORETTE KILLIKELLY (each ordered to pay $168,000) are jointly and severally liable for the same sum to victim DEUTSCHE BANK;

Defendants PEGGY PERSAUD, DAVID RAMNAUTH, and ORETTE KILLIKELLY (each ordered to pay $193,000) are jointly and severally liable for the same sum to victim BANK OF AMERICA;

Defendants PEGGY PERSAUD, DAVID RAMNAUTH, and CHEDDI GOBERDAHN (each ordered to pay $195,000) are jointly and severally liable for the same sum to victim GMAC;

Defendants PEGGY PERSAUD, DAVID RAMNAUTH, and CHEDDI GOBERDAHN (each ordered to pay $186,000) are jointly and severally liable for the same sum to victim GRIFFIN MORTGAGE CORP.;

Defendants ELTON LORD (ordered to pay $870,000) and GEORGE ESSO (ordered to pay $200,000) are jointly and severally liable for various sums, in descending order, to victim WELLS FARGO BANK;

Defendants PEGGY PERSAUD, DAVID RAMNAUTH (each ordered to pay $607,000) and CHEDDI GLOBERDAHN (ordered to pay $450,000) are jointly and severally liable for various sums, in descending order, to victim AMERICAN BROKERS CONDUIT; and

Defendant ELTON LORD is solely liable to pay $162,000 to victim JPMORGAN CHASE BANK and $150,000 to victim WELLS FARGO HOME MORTGAGE, as none of the other defendants were ordered to pay restitution to those victims.

Dated:  October 17, 2024
        New York, New York

_____
HON. ANALISA TORRES
UNITED STATES DISTRICT JUDGE

**SCHEDULE A – RESTITUTION TO VICTIMS IN 09 CR 958 AND 10 CR 387**

|  | Defendants | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Victim** | PERSAUD, Peggy 09 cr 958-1 | KILLIKELLY, Orette 09 cr 958-2 | ESSO, George 09 cr 958-3 | LORD, Elton 09 cr 958-4 | PERSAUD, Ravi 09 cr 958-7 | GOBERDAHN, Cheddi 09 cr 958-8 | RANMAUTH, David 09 cr 958-9 | SINGH, Rajarine 10 cr 387 |
| IndyMac Bank | $2,331,000 | $601,000 | 0 | 0 | $718,000 | $2,015,500 | $2,331,000 | 0 |
| Bank of America | $193,000 | $193,800 | 0 | 0 | 0 | 0 | $193,000 | 0 |
| Fremont Investment & Loan | $1,684,000 | $120,000 | $200,000 | $477,000 | $182,000 | $1,684,000 | $1,684,000 | $430,000 |
| Deutsche Bank | $168,000 | $168,000 | 0 | 0 | 0 | $168,000 | $168,000 | 0 |
| Wells Fargo Bank | 0 | 0 | $200,000 | $870,000 | 0 | 0 | 0 | 0 |
| Wells Fargo Home Mortgage | 0 | 0 | 0 | $150,000 | 0 | 0 | 0 | 0 |
| JPMorgan Chase | 0 | 0 | 0 | $162,000 | 0 | 0 | 0 | 0 |
| American Brokers Conduit | $607,500 | 0 | 0 | 0 | 0 | $450,000 | $607,500 | 0 |
| Griffin Mortgage Corp. | $186,000 | 0 | 0 | 0 | 0 | $186,000 | $186,000 | 0 |
| GMAC | $195,000 | 0 | 0 | 0 | 0 | $195,000 | $195,000 | 0 |
| **Total** | $5,364,500 | $1,082,800 | $400,000 | $1,659,000 | $900,000 | $4,698,500 | $5,364,500 | $430,000 |